# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 30, 1997**

| | | |
|---|---|---|
| 19578 | Clark v. Wilson | Affirmed |

**November 7, 1997**

| | | |
|---|---|---|
| 17217 | Jackson v. Conner | Affirmed |

**January 30, 1998**

| | | |
|---|---|---|
| 18658 | Lopes v. Lopes | Affirmed |
| 20085 | Moody v. Moody | Affirmed |

**March 6, 1998**

| | | |
|---|---|---|
| 19917 | Azer v. Sau Kau Inn Lau | Affirmed |

**March 18, 1998**

| | | |
|---|---|---|
| 19894 | Sullivan v. Aloha Lumber Co., Inc. | Affirmed |

**March 27, 1998**

| | | |
|---|---|---|
| 20453 | Grant v. Leleo | Affirmed |